IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CUNA MUTUAL INSURANCE SOCIETY,

    Plaintiff,

v.

O.M. FINANCIAL ASSOCIATES, L.L.P.,
WILLIAM O'CONNELL, CYNTHIA
O'CONNELL, DAIBES FARIS MALOUF,
COMPENSATION STRATEGIES GROUP
INSURANCE AGENCY, INC., and O.M.
FINANCIAL GROUP, INC.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 07-CV-557-BBC

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

## IT IS HEREBY ORDERED AND ADJUDGED

that pursuant to this Court's Order of March 28, 2008, the arbitral award dated December 28, 2007 is CONFIRMED. It is further ORDERED and ADJUDGED that all other claims and counterclaims in this action be and hereby are DISMISSED with prejudice and without costs to any party.

THERESA M. OWENS

By: *L. Jensen*, Deputy Clerk
    Theresa M. Owens, Clerk of Court

MAY 2 9 2008
Date